**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

To:          All Counsel of Record

Issued By:   Judge Robert R. Summerhays

Re:          United States of America v. John Morrow
             Criminal Action No. 6:18-cr-0237

Date:        May 15, 2019

## MINUTE ENTRY

The court has been advised that the issue regarding the defendant's legal representation has been resolved and that there is no need for a hearing on the Motion for Hearing to Determine Status of Representation [doc. 47]. Accordingly, the hearing scheduled for May 17, 2019 on the matter is cancelled as the motion is now moot.